CAUSE NO. 20061460

| | | |
|---|---|---|
| RECEIPT NO. 295811 | 0.00 | CIV |
| 09-26-2006 | | TR # 72098423 |

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC | In The 125th
vs. | Judicial District Court
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO | of Harris County, Texas
| 125TH DISTRICT COURT
| Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: PEREZ, ANITA
   4545 POST OAK PLACE SUITE 120   HOUSTON TX 77027

Attached is a copy of <u>AMENDED PETITION</u>

This instrument was filed on the 11th day of April, 2006, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 26th day of September, 2006, under my hand and seal of said Court.

Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON, TX 77010
Tel: (713) 752-4227
Bar No.: 24013474

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY _____
Deputy GILLESPIE, JACQUELYN 2MA/U5V/7654732

FILED
CHARLES BACARISSE
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2006 OCT -5 PM 12:10
_____ DEPUTY

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _A:00PM_ o'clock _P_.M., on the _28TH_ day of _September_, 200_6_.

Executed at (address) _Ste. 450 - 1535 S. Loop W - Houston, TX_ in _Harris_ County at _2:20_ o'clock _P_.M., on the _28_ day of _Sept_, defendant, in person, a true copy of this Citation together with the accompanying _1_ copy(ies) of the _AMENDED_ Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _28_ day of _September_, 200_6_.

Fee: $ _____

X _____    _____ MARIANNE H. Barber _____
Affiant                                                                                                of _Harris_ County, Texas
                                                                                                                        Deputy
_Marianne Barber_                                                                                      Process Server

On this day, _Marianne Barber_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _28_ day of _September_ 2006

_____
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

EXHIBIT B

N.INT.CITR.P

CAUSE NO. 200614603

| RECEIPT NO. 295811 | 0.00 | CIV |
|---|---|---|
| 09-26-2006 | | TR # 7209842 |

In The 125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
vs.
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO

## CITATION

THE STATE OF TEXAS
County of Harris

TO: UNDERWOOD, DAVID
4545 POST OAK PLACE SUITE 120   HOUSTON TX 77027

Attached is a copy of <u>AMENDED PETITION</u>

This instrument was filed on the <u>11th day of April, 2006</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 26th day of September, 2006, under my hand and seal of said Court.

Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON, TX 77010
Tel: (713) 752-4227
Bar No.: 24013474

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY _____ Deputy GILLESPIE, JACQUELYN 2MA/U5V/7654732

FILED
CHARLES BACARISSE
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2006 OCT -5 PM 12:10
BY_____ DEPUTY

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at 2:45 o'clock P.M., on the 27th day of September, 2004

Executed at (address) 5pc 410 - 1535 S. loop w. houstn, TX in Harris County at 3:15 o'clock P.M., on the 28 day of September, 2006, by delivering to DAVID Underwood, defendant, in person, a true copy of this Citation together with the accompanying copy(ies) of the Amended Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this 28 day of September, 2006

Fee: $_____

Marianne W Barker
_____
of Harris County, Texas

By _____
Deputy/Authorized Process Server

x David Underwood
Affiant
Marianne Barker

On this day, Marianne Barker, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 30 day of September, 2006

Elizabeth Spaid
_____
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITR.P

RECEIPT NUMBER 295811  
TRACKING NUMBER 72098419   CIV   0.00

CAUSE NUMBER 200614603

In The 125th
Judicial District Court of
Harris County, Texas

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
vs.
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: RICK PEASE MEDIA L L C SERVING BY AND THROUGH ITS REGISTERED AGENT
RICHARD PEASE

4545 POST OAK PLACE STE 120   HOUSTON TX 77027

Attached is a copy of AMENDED PETITION

This instrument was filed on the 11th day of April, 20____ in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this 26th day of September, 20 06.

SEAL

Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON, TX. 77010
Tel: (713) 752-4237
Bar Number: 24013474

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: _____
Deputy District Clerk GILLESPIE, JACQUELYN

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the 27th day of September, 2006, at 2:00 o'clock P.M., endorsed the date of delivery thereon, and executed it at 1535 S. Loop W. Ste 450, Houston,
(street address)                                                                   (city)
in Harris County, Texas on the 28 day of September, 2006, at 2:25 o'clock P.M.,
by delivering to Rick Pease Media, LLC, by delivering to its
(the defendant corporation named in citation)
Reg Agent, in person, whose name is Richard Pease,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the Amended Petition Petition attached,
(description of petition, e.g., "Plaintiff's Original")
and with accompanying copies of _____.
                                                               (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the 28 day of Sept, 20 06

By: _____
(signature of officer)
Printed Name: Marianne W. Barber

As Deputy for: _____
Affiant Other Than Officer   Marianne Barber   (printed name & title of sheriff or constable)
FEE: $_____

On this day, 28 September 2006, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 28 day of September, 20 06

_____
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITC.P                                                                                              (Revised 09/11/03)

CAUSE NO. 200614603

RECEIPT NO. 295811         0.00         CIV
09-26-2006                  TR # 72098420

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
                                                    In The 125th
vs.                                                 Judicial District Court
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO
                                                    of Harris County, Texas
                                                    125TH DISTRICT COURT
                                                    Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: PEASE, RICHARD
    4545 POST OAK PLACE SUITE 120   HOUSTON TX 77027

    Attached is a copy of AMENDED PETITION

This instrument was filed on the 11th day of April, 2006, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 26th day of September, 2006, under my hand and seal of said Court.

Issued at request of:                  CHARLES BACARISSE, District Clerk
SCOTT, CEDRIC DONNELL                  Harris County, Texas
1401 MCKINNEY #1900                    301 Fannin     Houston, Texas 77002
HOUSTON, TX 77010                      (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 752-4227
Bar No.: 24013474                      BY
                                       Deputy GILLESPIE, JACQUELYN 2MA/U5V/7654732

***OFFICER/AUTHORIZED PERSON RETURN***

Came to hand at _2:10_ o'clock _P_.M., on the _28th_ day of _September_, 2006.

Executed at (address) _1535 S. Loop W, Ste 450_           in
_Harris_ County at _2:15_ o'clock _P_.M., on the _28_ day of _September_,
2006, by delivering to _Richard Pease_ defendant, in person, a
true copy of this Citation together with the accompanying _1 copy(ies) of the_
_Amended Petition_                                       Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _28_ day of _September_, 2006.

Fee: $_____

_____                  _Marianne Barber_
Affiant                                of _Harris_ County, Texas

                                       By _____
                                                    Deputy

On this day, _Marianne Barber_, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _28_ day of _September_, 2006.

                                       _Elizabeth Spaid_
                                       Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITR.P

CEIPT NUMBER 295811    0.00
TRACKING NUMBER 72098406   CIV

CAUSE NUMBER 200614603

In The 125th
Judicial District Court of
Harris County, Texas

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
vs.
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO

CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: ON TARGET INTERNET SOLUTIONS I L P SERVING BY AND THROUGH ITS
REGISTERED AGENT RICHARD PEASE

4545 POST OAK PLACE STE 120 HOUSTON TX 77027

Attached is a copy of AMENDED PETITION

This instrument was filed on the 11th day of April , in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this 26th day of September , 20 06 .

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: _____
Deputy District Clerk GILLESPIE, JACQUELYN

SEAL
Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON TX 77010
Tel: (713) 752-4227
Bar Number: 24013474

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the 27th day of September , 20 06, at 2:00 o'clock P.M., endorsed the date of delivery thereon, and executed it at 1535 S. Loop W. , Houston ,
(street address)                                 (city)

in Harris County, Texas on the 28 day of Sept , 2006, at 2:25 o'clock P.M.,
by delivering to On Target Internet Solutions ILP , by delivering to its
(the defendant corporation named in citation)

Reg. Agent , in person, whose name is Richard Pease
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the Amended Petition attached,
(description of petition, e.g., "Plaintiff's Original")

and with accompanying copies of _____
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the 28 day of Sept , 2006
By: _____
(signature of officer)
Printed Name: Maryann L Barber

As Deputy for:
_____
(printed name & title of sheriff or constable)

X _____
Affiant Other Than Officer

FEE: $

On this day, Maryann Barber , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 28 day of September , 20 06
_____
Elizabeth Spaid
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITC.P                                                                                  (Revised 09/11/03)

RECEIPT NUMBER 295811
TRACKING NUMBER 72098410                              0.00
                                                      CIV

CAUSE NUMBER 200614603

In The 125th
Judicial District Court of
Harris County, Texas

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
vs.
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO

**CITATION CORPORATE**

THE STATE OF TEXAS
County of Harris

TO: ON TARGET INTERNET SOLUTIONS L L C SERVING BY AND THROUGH ITS
    REGISTERED AGENT RICHARD PEASE

    4545 POST OAK PLACE STE 120   HOUSTON TX 77027

Attached is a copy of __AMENDED PETITION__

This instrument was filed on the __11th__ day of __April__, 20__06__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __26th__ day of __September__, 20__06__.

                              CHARLES BACARISSE, District Clerk
                              Harris County, Texas
                              301 Fannin, Houston, Texas 77002
                              P.O. Box 4651, Houston, Texas 77210

SEAL                          By: _____
Issued at request of:              Deputy District Clerk GILLESPIE, JACQUELYN
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON TX 77010
Tel: (713) 752-4227
Bar Number: 24013474

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the __28th__ day of __September__, 20_06_, at _2:00_ o'clock _P_.M., endorsed the date of delivery thereon, and executed it at __1535 Sherry W St 420 Houston__
                                                                                (street address)                              (city)
in __Harris__ County, Texas on the __28__ day of __September__, 20_06_, at _2:25_ o'clock _P_.M.,
by delivering to __ON TARGET Internet Solutions__, by delivering to its
                 (the defendant corporation named in citation)
__Reg. Agent__, in person, whose name is __Richard Pease__
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the __AMENDED__   Petition attached,
                                                 (description of petition, e.g., "Plaintiffs Original"
and with accompanying copies of _____
                                (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __28__ day of __September__, 20_06_.
                                                                         By: _____
                                                                              (signature of officer)
                                                                         Printed Name: __Marianne W Barber__
FEE: $
x _____   As Deputy for: _____
Affiant Other Than Officer                        (printed name & title of sheriff or constable)

On this day, __Marianne Barber__, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this __28__ day of __September__, 20_06_.

                              _____
                              Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITCP                                                          (Revised 09/11/03)

RECEIPT NUMBER 295811         0.00
TRACKING NUMBER 72098418      CIV

CAUSE NUMBER 200614603

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC                In The 125th
vs.                                                     Judicial District Court of
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO    Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SOLUTIONS) SERVING BY
AND THROUGH ITS REGISTERED AGENT RICHARD PEASE

4545 POST OAK PLACE STE 120 HOUSTON TX 77027

Attached is a copy of __AMENDED PETITION__

This instrument was filed on the __11th__ day of __April__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __26th__ day of __September__, 20 __06__.

SEAL

Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON, TX 77010
Tel: (713) 752-4227
Bar Number: 24013474

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: _____
Deputy District Clerk GILLESPIE, JACQUELYN

FILED
2006 OCT -5 PM 12:11
CHARLES BACARISSE
DISTRICT CLERK
HARRIS COUNTY, TEXAS
BY_____ DEPUTY

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the __27__ day of __September__, 2006, at __2:50__ o'clock __P__.M., endorsed the date of delivery thereon, and executed it at __1535 S. Loop W. Ste. 400__, __Houston__,
(street address)                                          (city)

in __Harris__ County, Texas on the __28__ day of __September__, 2006, at __2:35__ o'clock __P__. M., by delivering to __Pease Media LTD__, by delivering to its __Reg Agent R. Clark Pease__ (the defendant corporation named in citation), in person, whose name is __Richard Pease__
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the __Amended__   Petition attached,
(description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____ (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __28__ day of __Sept__, 20__06__
FEE: $
By: _____
(signature of officer)
Printed Name: __Marianne L Barber__

_____ As Deputy for: _____
Affiant/Other Than Officer                  (printed name & title of sheriff or constable)

On this day, __Marianne Barber__, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this __28__ day of __September__, 20__06__
_____
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITC.P                                            (Revised 09/11/03)

CAUSE NO. 200614603

| | | |
|---|---|---|
| RECEIPT NO. 295811 | 0.00 | CIV |
| 09-26-2006 | | TR # 72098421 |

PLAINTIFF: THOMAS INDUSTRIAL NETWORK INC
vs.
DEFENDANT: PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO

In The 125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: MONTGOMERY, JEFF
4545 POST OAK PLACE SUITE 120   HOUSTON TX 77027

Attached is a copy of AMENDED PETITION

This instrument was filed on the 11th day of April, 2006, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 26th day of September, 2006, under my hand and seal of said Court.

Issued at request of:
SCOTT, CEDRIC DONNELL
1401 MCKINNEY #1900
HOUSTON, TX 77010
Tel: (713) 752-4227
Bar No.: 24013474

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY _____
Deputy GILLESPIE, JACQUELYN   2MA/USV/7654732

FILED
CHARLES BACARISSE
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2006 OCT -5 PM 12:11
BY _____ DEPUTY

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 3:00 PM 5:41 PM o'clock P.M., on the 28th day of Sept, 2006, in
Executed at (address) 135 W. Loop South, #450 Harris County at 5:41 o'clock P.M., on the 21 day of September, 2006,
by delivering to Jeff Montgomery defendant, in person, a true copy of this Citation together with the accompanying 1 copy (ies) of the Amended Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this 28 day of September, 2006.

Fee: $ _____

MARIANNE BARBER
_____
Affiant
MARIANNE BARBER

BY _____
of _____ County, Texas
Deputy PPS

On this day, Marianne Barber, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 28 day of September, 2006.

_____
Notary Public

ELIZABETH C. SPAID
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 28, 2010

N.INT.CITR.P