

# HARRIS COUNTY, TEXAS
## Online Public Records

**Civil District Courts & Family District Courts**

Home | Help | Faqs | Manuals

Main Menu | Party Search | Attorney Search | Bar # Search | Case # Search | Docket Search | Date Search | Tax Search

## Chronological Case History

| Style | THOMAS INDUSTRIAL NETWORK INC VS. PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SO | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number | 200614603 | Case Type | BREACH OF CONTRACT | | | | |
| File Court | 125 | Case status | ACTIVE | Jury Fee Paid Date | N/A | File Date | 03/03/2006 |
| Current Court | 125 | Next Setting | 10/31/2006 | File Location | CENTRAL INTAKE 1ST | | |
| Judgment For | N/A | | | | | | |
| Judgment Date | N/A | Image Number | -- | Volume | -- | Page # | -- | Pgs | -- |

| Date | Event Type | Description |
|---|---|---|
| 09/28/2006 | SERVICE | **PERSON SERVED:** ON TARGET INTERNET SOLUTIONS I L P SERVING BY AND THROUGH ITS **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** ON TARGET INTERNET SOLUTIONS L L C SERVING BY AND THROUGH ITS **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** PEASE MEDIA LTD (DBA TOPSPOT INTERNET MARKETING SOLUTIONS) SERVING BY **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** RICK PEASE MEDIA L L C SERVING BY AND THROUGH ITS REGISTERED AGENT **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** PEASE, RICHARD **SERVICE TYPE:** CITATION **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** MONTGOMERY, JEFF **SERVICE TYPE:** CITATION **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** UNDERWOOD, DAVID **SERVICE TYPE:** CITATION **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 09/28/2006 | SERVICE | **PERSON SERVED:** PEREZ, ANITA **SERVICE TYPE:** CITATION **INSTRUMENT:** AMENDED ORIGINAL PETITION |
| 04/11/2006 | DOCUMENT | AMENDED ORIGINAL PETITION **ATTORNEY:** SCOTT, CEDRIC DONNELL |
| 04/11/2006 | DOCUMENT | AMENDED ORIGINAL PETITION **ATTORNEY:** SCOTT, CEDRIC DONNELL |
| 03/03/2006 | DOCUMENT | ORIGINAL PETITION **ATTORNEY:** BABCOCK, CHARLES LYNDE IV |
| 03/03/2006 | DOCUMENT | ORIGINAL PETITION **ATTORNEY:** BABCOCK, CHARLES LYNDE IV |
| 10/31/2006 | SETTING | **REASON:** DISMISS FOR WANT OF PROSECU-MTN TO (TRCP 165A) |

**EXHIBIT C**

[ Main Menu ] [ Case Summary ]

Subscriber Access Coordinator